```
McGREGOR W. SCOTT
United States Attorey
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-05-187 EJG |
| Plaintiff, | APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| JESUS CORNEJO-MAULEON, aka Jesus Cornejo, | |
| Defendant. | |

COMES NOW the United States of America by the United States Attorney and represents and shows:

That there is now detained in California Medical Facility at Vacaville, 1600 California Avenue, Vacaville, California 95696, in the custody of the Warden, Sheriff or Jailor thereof, the defendant in the above-entitled case, which case will be called for arraignment and plea, and that it is necessary to have the defendant present in the courtroom of the Duty Magistrate of the United States District Court, Federal Building and U.S. Courthouse, 501 I Street, Sacramento, California; and in order to secure the presence of the defendant it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding the Warden,

1

Sheriff or Jailor to produce the defendant in court forthwith, and at such other dates as may be necessary in order to procure defendant's presence to enter a plea and all other proceedings incident thereto.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum out of and under the seal of this Court, directed to the Warden, Sheriff or Jailor, commanding him to have and produce the above-named defendant in the United States District Court forthwith, and then and there to present the defendant before the Court and from day to day thereafter as may be necessary, and at the termination of the proceedings against the defendant to return defendant to the custody of the Warden, Sheriff or Jailor.

DATED: May 17, 2005

McGREGOR W. SCOTT
United States Attorney

BY: /s/Jason Hitt
JASON HITT
Assistant U.S. Attorney

O R D E R

Upon reading and filing the foregoing application in that behalf;

IT IS ORDERED that a Writ of Habeas Corpus ad Prosequendum issue as prayed for herein.

Dated: 5/23/05

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

cornejo187.writ

1