```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JESUS CORNEJO-MAULEON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>      v.                           )<br>                                   )<br>JESUS CORNEJO-MAULEON,             )<br>                                   )<br>            Defendant.             )<br>_____) | Case No. Cr. S-05-187 EJG<br><br>**STIPULATION AND ORDER**<br><br>Date: June 17, 2005<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Jesus Cornejo-Mauleon, though their counsel, that the status conference hearing scheduled for June 17, 2005, may be continued to July 1, 2005, at 10:00 a.m.

   This is a new case and the probation office has requested additional time to complete a pre-plea sentence calculation that may be useful to the parties in negotiating a settlement without trial. So that the report may be completed, the parties agree that the status conference may be continued to July 1, 2005. The parties further agree that the interests to be served by a continuance outweigh to best interests of Mr. Cornejo-Mauleon and the public in a speedy trial and that time under the Speedy

Trial Act should be excluded through July 1, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T4) to afford defense counsel reasonable time to prepare, conduct investigation, and discuss the case with the defendant and the prosecutor.

Respectfully submitted,

QUIN DENVIR
Federal Public Defender

Dated:  June 15, 2005                  /s/ T. Zindel
                                       TIMOTHY ZINDEL
                                       Assistant Federal Defender
                                       Attorney for JAVIER GOMEZ-MORENO


                                       McGREGOR SCOTT
                                       United States Attorney

Dated:  June 15, 2005                  /s/ J. Hitt
                                       JASON HITT
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

**O R D E R**

The status conference is continued to July 1, 2005, at 9:00 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties.

IT IS SO ORDERED.

Dared:  June 15, 2005                  /s/ Edward J. Garcia
                                       HON. EDWARD J. GARCIA
                                       United States District Judge

Stipulation and Order                  2